UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HARRY SAMIT,<br>　　　　　*Plaintiff,*<br>　　v.<br>U.S. DEPARTMENT OF JUSTICE,<br>　　　　　*Defendant.* | Civil Action No. 22-3155 (CRC) |

**DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT**

　　　　Pursuant to Federal Rule of Civil Procedure 56, Defendant U.S. Department of Justice hereby respectfully cross-moves for summary judgment on all claims in the above-captioned action. Plaintiff Harry Samit is a former special agent with the Federal Bureau of Investigation (FBI), a component of the U.S. Department of Justice. This case concerns the prepublication review of a manuscript that Plaintiff seeks to publish under the title *Because There* Are *Monsters*. The manuscript details Plaintiff's experience as a special agent, including his assignment to the FBI's Joint Terrorism Task Force at the Minneapolis Field Office prior to the events of September 11, 2001. Samit claims that (1) the government has prohibited him from publishing unclassified information contained in the manuscript in violation of the First Amendment; (2) the government's completion of its review of the manuscript was unreasonably delayed; (3) Samit and his counsel should have access to classified information about this case; and (4) Samit and his counsel should have access to a secure government computer to utilize for this litigation. For the reasons explained in the accompanying memorandum, the Court should enter judgment for Defendant on all counts. In support of this motion, and in accordance with Local Civil Rule 7(h), Defendant submits a statement of facts, memorandum of points and authorities, and a proposed order.

Dated: June 11, 2024

          Respectfully submitted,

          BRIAN M. BOYNTON
          Principal Deputy Assistant Attorney General
          Civil Division

          MARCIA BERMAN
          Assistant Branch Director
          Civil Division, Federal Programs Branch

          /s/ *Leslie Cooper Vigen*
          LESLIE COOPER VIGEN
          Senior Trial Counsel (D.C. Bar No. 1019782)
          U.S. Department of Justice
          Civil Division, Federal Programs Branch
          1100 L Street NW
          Washington, D.C. 20005
          Tel.: (202) 305-0727
          Email: leslie.vigen@usdoj.gov

          *Counsel for Defendant*