UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HARRY SAMIT,<br><br>　　　　　*Plaintiff,*<br><br>　　v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>　　　　　*Defendant.* | Civil Action No. 22-3155 (CRC) |

## **DEFENDANT'S STATEMENT OF MATERIAL FACTS NOT IN DISPUTE**

Pursuant to Local Civil Rule 7(h)(1), Defendant respectfully submits the following statement of material facts as to which there is no genuine dispute:

| | |
|---|---|
| 1. Harry Samit served as a special agent with the Federal Bureau of Investigation (FBI) in the Minneapolis Field Office from 1999 to 2020. Decl. of Robert R. Wells ¶ 9. During his tenure with the FBI, Samit was assigned to the Joint Terrorism Task Force (JTTF) and worked on the investigations of Mohammed Warsame, Mohamed Kamal Elzahabi, and Zacarias Moussaoui. Wells Decl. ¶¶ 5, 10. | |
| 2. As a condition of his employment with the FBI, Samit received a top secret security clearance and signed several agreements emphasizing his duty to protect all FBI information, whether classified or unclassified, from unauthorized disclosure. Wells Decl. ¶ 9. | |
| 3. In particular, Samit signed several agreements in which he specifically agreed not to disclose classified information without proper authorization. Wells Decl. ¶ 9. In January 1999, May 2004, and May 2019, he signed a Classified Information Nondisclosure Agreement (SF-312), *see* Ex. B to Wells Decl. In August 2002, May 2004, and May 2019 Samit signed a Sensitive Compartmented Information Nondisclosure Agreement (Form 4414), *see* Ex. C to Wells Decl. | |

| | |
|---|---|
| 4.  Samit seeks to publish a book about his government experience—including his work as a special agent serving on the JTTF—under the title *Because There Are Monsters*. Wells Decl. ¶ 5. | |
| 5.  Pursuant to the agreements he signed with the FBI, in April 2021, Samit submitted a prepublication copy of his manuscript, which spanned over 900 pages, to the FBI's Prepublication Review Office for review. Wells Decl. ¶ 9; *see also* Exhibits A, B, and C to Wells Decl. | |
| 6.  Due to the length of the manuscript, the FBI released approved versions of the manuscript, redacted to remove specific protected information that cannot be released, in multiple tranches, beginning in September 2022 and concluding with the final release in December 2022. *See* Jt. Status Rep. ¶ 2, ECF No. 7; Jt. Status Rep. ¶ 3, ECF No. 8. | |
| 7.  Samit appealed each of the interim releases, and the FBI had completed its review of the manuscript and responded to all of Samit's appeals by the end of March 2023. *See* Jt. Status Rep. ¶ 2, ECF No. 14. | |
| 8.  Following the finalization of Samit's appeals, representatives from the FBI held productive in-person meetings with Samit on June 6, 2023 and September 7, 2023. *See* Jt. Status Rep. ¶ 3, ECF No. 14; Jt. Status Rep. ¶ 4, ECF No. 18. | |
| 9.  Following the June 6 meeting, the FBI determined it was amenable to additional redactions. Jt. Status Rep. ¶ 3, ECF No. 19. | |
| 10. Following the September 7 meeting, the FBI and Samit agreed on a timeline for Samit to provide proposed revisions to the manuscript and for the FBI to review and respond to those proposed revisions. Jt. Status Rep. ¶ 4, ECF No. 19. On November 13, 2023, Samit provided the FBI with proposed revisions to nine disputed pages in the manuscript: pages 530, 532 to 536, and 598, which pertain to | |

2

|   |   |
|---|---|
| the FBI's investigation of Mohammed Warsame; and pages 677 to 679, which pertain to the FBI's investigation of Mohamed Elzahabi. *See* Jt. Status Rep. ¶ 5, ECF No. 20. |   |
| 11. The FBI provided Samit on December 22, 2023 its position that targeted redactions remained necessary to protect specific classified information contained in Samit's proposed revisions to pages 677 to 679, pertaining to the FBI's investigation of Mohamed Elzahabi. *See* Jt. Status Rep. ¶ 5, ECF No. 20. |   |
| 12. Representatives from the FBI and Samit had another in-person meeting on March 1, 2024, focusing on Samit's claims that certain information discussed in the manuscript had been independently developed in an unclassified manner. *See* Jt. Status Rep. ¶ 7, ECF No. 21. |   |
| 13. In May 2024, the FBI provided to Samit proposed revisions that were approved for public release of pages pertaining to the FBI's investigation of Mohammed Warsame. Wells Decl. ¶ 12. Samit agreed that the proposed revisions resolved the parties' dispute as to those pages. *Id.* |   |
| 14. The only portion of the manuscript that remains in dispute consists of approximately three pages of the manuscript—pages 677 to 679—pertaining to the FBI's investigation of Mohamed Elzahabi. Wells Decl. ¶ 12. All of the information that the FBI continues to designate as classified with respect to pages 677 to 679 is properly classified under applicable classification authorities. Wells Decl. ¶¶ 15, 16, 27. |   |

3

Dated: June 11, 2024

Respectfully submitted,

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

MARCIA BERMAN
Assistant Branch Director
Civil Division, Federal Programs Branch

 /s/ Leslie Cooper Vigen
LESLIE COOPER VIGEN
Senior Trial Counsel (D.C. Bar No. 1019782)
United States Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, DC 20005
Tel.: (202) 305-0727
Email: leslie.vigen@usdoj.gov

*Counsel for Defendant*