UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HARRY SAMIT,<br><br>*Plaintiff,*<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>*Defendant.* | Civil Action No. 22-3155 (CRC) |

## [PROPOSED] ORDER

Upon consideration of Defendant's combined opposition to Plaintiff's motion for summary judgment and cross-motion for summary judgment, it is hereby ORDERED that Plaintiff's motion for summary judgment is DENIED, and Defendant's cross-motion for summary judgment is GRANTED.

SO ORDERED.

Dated: _____

_____
CHRISTOPHER R. COOPER
United States District Judge