UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HARRY SAMIT,<br><br>        *Plaintiff,*<br><br>v.<br><br>U.S. DEPARTMENT OF JUSTICE,<br><br>        *Defendant.* | Civil Action No. 22-3155 (CRC) |

## DEFENDANT'S NOTICE OF LODGING

Defendant hereby respectfully provides notice that it has lodged for ex parte, in camera review an unredacted, classified version of the Declaration of Robert R. Wells, Assistant Director of the Counterterrorism Division, Federal Bureau of Investigation, United States Department of Justice, along with its accompanying exhibits. The document has been lodged for secure storage with the United States Department of Justice's Litigation Security Group. The Court may contact either the Litigation Security Group at (202) 514-9016 or undersigned counsel to arrange for the secure transmission of the classified document for the Court's review.

Dated: June 11, 2024

                                        Respectfully submitted,

                                        BRIAN M. BOYNTON
                                        Principal Deputy Assistant Attorney General
                                        Civil Division

                                        MARCIA BERMAN
                                        Assistant Branch Director
                                        Civil Division, Federal Programs Branch

                                        */s/ Leslie Cooper Vigen*
                                        LESLIE COOPER VIGEN
                                        Senior Trial Counsel (D.C. Bar No. 1019782)
                                        U.S. Department of Justice
                                        Civil Division, Federal Programs Branch
                                        1100 L Street NW
                                        Washington, D.C. 20005
                                        Tel.: (202) 305-0727

Email: leslie.vigen@usdoj.gov

*Counsel for Defendant*