# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| HARRY SAMIT | * |
| Plaintiff, | * |
| v. | * Civil Action No. 22-3155 (CRC) |
| U.S. DEPARTMENT OF JUSTICE | * |
| Defendant. | * |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Harry Samit and Defendant U.S. Department of Justice have fully resolved this case, including an agreement that each side will cover their own attorney's fees and costs. Based on that agreement, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all Parties hereby stipulate to the dismissal with prejudice of Plaintiff's claims in this action, including all claims for fees and costs.

Dated: June 28, 2024

Respectfully Submitted,

*/s/ Mark S. Zaid*
Mark S. Zaid, Esq.
D.C. Bar #440532
Mark S. Zaid, P.C.
1250 Connecticut Avenue, N.W.
Suite 700
Washington, D.C. 20036
(202) 498-0011
(202) 330-5610 fax
Mark@MarkZaid.com

*Counsel for Plaintiff*

BRIAN M. BOYNTON
Principal Deputy Assistant Attorney General
Civil Division

MARCIA BERMAN
Assistant Branch Director
Civil Division, Federal Programs Branch

*/s/ Leslie Cooper Vigen*
LESLIE COOPER VIGEN
Senior Trial Counsel (D.C. Bar No. 1019782)
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street NW
Washington, D.C. 20005
Tel.: (202) 305-0727
Email: leslie.vigen@usdoj.gov

*Counsel for Defendant*